AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Hampshire

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. |
| BLU ZEKE DALY | ) | 1:26-mj- 41-01-AJ |
| a/k/a | ) | |
| CULLAN ZEKE DALY | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 22, 2026__ in the county of __Coos__ in the
_____ District of __New Hampshire__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1114(a)(3) | - Attempted Murder of a Federal Officer |
| 18 U.S.C. § 111(a) & (b) | - Assaulting a Federal Officer with a Dangerous Weapon |

This criminal complaint is based on these facts:

Please see the attached affidavit.

☑ Continued on the attached sheet.

/s/ Paul Mullen
*Complainant's signature*

S.A. Paul Mullen, FBI
*Printed name and title*

The affiant appeared before me by telephonic conference on this date pursuant to Fed. R. Crim P. 4.1 and affirmed under oath the content of this complaint and affidavit.

Date: __February 24, 2026__

Andrea K. Johnstone
*Judge's signature*

City and state: __Concord, New Hampshire__    Hon. Andrea K. Johnstone, U.S. Magistrate Judge
*Printed name and title*