UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA

v.                                                          No. 1:26-mj-00041-AJ

BLU ZEKE DALY

## **NOTICE**

The defendant, through her counsel, does not object to a finding by the Court that the

delay between the defendant's arrest and the scheduled April 10, 2026, initial appearance is not

unnecessary under Fed. R. Crim. P. 5(a)(1)(A).

Respectfully submitted,

Date: April 2, 2026                      */s/ Jeffrey S. Levin*
                                          Jeffrey S. Levin
                                          N.H. Bar No. 12901
                                          */s/ Eric Wolpin*
                                          Eric Wolpin
                                          N.H. Bar No. 18372
                                          Assistant Federal Defender
                                          Federal Defender Office
                                          22 Bridge Street
                                          Concord, NH 03301
                                          Tel. (603) 226-7360
                                          E-mail: Jeff_Levin@fd.org

### **Certificate of Service**

I hereby certify that the above document was served on April 2, 2026 in the manner
specified herein: provided to the counsel of record via CM/ECF.

*/s/ Jeffrey S. Levin*
Jeffrey S. Levin