UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE


UNITED STATES OF AMERICA    ]
                            ]
v.                          ]            Cr. No. 26-mj-41-AJ
                            ]
BLU ZEKE DALY, a/k/a        ]
CULLAN ZEKE DALY

### DEFENDANT'S WITNESS LIST FOR
### APRIL 23, 2026, DETENTION HEARING

The defense hereby gives notice that it intends to call Ms. Sandra Conrad,

social worker, Mary Hitchcock Memorial Hospital, Lebanon, New Hampshire as a

witness at the above noted hearing.

Respectfully submitted,


Dated: April 22, 2026                */s/ Eric Wolpin*
                                     Eric Wolpin
                                     N.H. Bar #18372
                                     Assistant Federal Public Defender
                                     Eric_Wolpin @fd.org
                                     Tel. 603-226-7360


Dated: April 22, 2026                */s/ Jeffrey Levin*
                                     Jeffrey Levin, AFPD
                                     N.H. Bar #12901
                                     Assistant Federal Public Defender
                                     Jeff_Levin@fd.org
                                     Tel. 603-226-7360


1