UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA          ]
                                  ]
v.                                ]          No. 1:26-mj-00041-AJ
                                  ]
BLU ZEKE DALY                     ]

<u>ASSENTED-TO MOTION FOR PROTECTIVE ORDER</u>

The defendant Blu Daly is before this Court on a complaint. The Court has the authority to regulate discovery and to grant protective orders under Rule 16(d) of the Federal Rules of Criminal Procedure.

The defense has agreed to produce to the government medical records pertaining to the defendant. These materials reflect on the case, including issues pertaining to the defendant's release or detention. The defense seeks an order of the Court to protect the use, disclosure, and dissemination of this evidence.

Specifically, the defense respectfully requests that the Court enter an order providing that medical records produced to the government be subject to the following conditions and restrictions: (1) that the materials provided shall not be copied, reproduced, or otherwise disseminated to third parties, with the exception of the United States Marshals or other federal agency responsible for the defendant's medical care, or used for any other purpose or in connection with any other proceedings, (2) that the materials and their contents shall not be included in whole or in part in unsealed, public filings with the court, and (3) that the materials and their contents shall not be included within public statements or press releases.

The Defense respectfully requests that the Court grant the Motion for a Protective Order and enter the attached protective order. The government, through AUSA Alexander Chen, assents to this request.

Respectfully submitted,

Dated: April 22, 2026

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin @fd.org
Tel. 603-226-7360

Dated: April 22, 2026

*/s/ Jeffrey Levin*
Jeffrey Levin, AFPD
N.H. Bar #12901
Assistant Federal Public Defender
Jeff_Levin@fd.org
Tel. 603-226-7360