UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA  ]
                          ]
v.                        ]          No. 1:26-mj-00041-AJ
                          ]
BLU ZEKE DALY             ]


ASSENTED TO MOTION TO SEAL DEFENSE EXHIBITS FOR
APRIL 23, 2026, DETENTION HEARING


NOW COMES the defendant, Blu Daly, by and through counsel, Eric Wolpin, and respectfully requests that this Court issue an Order sealing Defense exhibits submitted for the scheduled detention hearing.

An initial appearance and detention hearing is scheduled for April 22, 2026. The defense intends to present medical records and other materials, including non-public state court documents pertaining to guardianship, for the Court's review. As these records contain personal identifying information, sensitive medical information, and sealed court documents, the defense requests that the exhibits for the hearing be sealed.

Pursuant to Local Rule 83.12, a motion to seal must be filed separately from the item sought to have sealed and must explain the reason why the item should be sealed and the level at which it should be sealed. Defense exhibits for the April 23, 2026, hearing should be sealed at Level I so that only the attorneys of record have access to it. The defense notes that it does not herein request that this assented to motion to seal be sealed.

The government, through AUSA Alexander Chen, assents to this request to seal.

WHEREFORE, the defendant respectfully requests that this court issue an Order sealing Defense exhibits for the scheduled detention hearing.

Respectfully submitted,


Dated: April 22, 2026

*/s/ Eric Wolpin*
Eric Wolpin
N.H. Bar #18372
Assistant Federal Public Defender
Eric_Wolpin@fd.org
Tel. 603-226-7360


Dated: April 22, 2026

*/s/ Jeffrey Levin*
Jeffrey Levin, AFPD
N.H. Bar #12901
Assistant Federal Public Defender
Jeff_Levin@fd.org
Tel. 603-226-7360

The Defense has agreed to produce medical records pertaining to the defendant to the government. The records contain personal identifying information and sensitive personal medical information. To protect the defendant's legitimate privacy interests, and pursuant to the Court's authority under Fed. R. Crim. P. 16(d)(1) and with the consent of the parties, it is ORDERED:

a.    **Materials Subject to this Order**: This Order governs materials provided to the United States by the defendant during this case and which the defendant has identified as being produced pursuant to the protective order. The Order applies to the defendant's medical records.

b.    **Rules for the Handling Materials Produced Pursuant to this Order.**    Materials subject to this Order are subject to the following conditions and restrictions:

1. that the materials provided shall not be copied, reproduced, or otherwise disseminated to third parties, with the exception of the United States Marshals or other federal agency responsible for the defendant's medical care, or used for any other purpose or in connection with any other proceedings.

2. that the materials and their contents shall not be included in whole or in part in unsealed, public filings with the court.

3. that the materials and their contents shall not be included within public statements or press releases.

3

**SO ORDERED** this _____ day of _____, 2026.


_____
HONORABLE ANDREA JOHNSTONE
UNITED STATES MAGISTRATE JUDGE