UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

UNITED STATES OF AMERICA            ]
                                    ]
v.                                  ]            No. 1:26-mj-00041-AJ
                                    ]
BLU ZEKE DALY                       ]


PROTECTIVE ORDER GOVERNING DEFENSE PRODUCTION OF MEDICAL RECORDS

The Defense has agreed to produce medical records pertaining to the defendant to the government. The records contain personal identifying information and sensitive personal medical information. To protect the defendant's legitimate privacy interests, and pursuant to the Court's authority under Fed. R. Crim. P. 16(d)(1) and with the consent of the parties, it is ORDERED:

a.      **Materials Subject to this Order**: This Order governs materials provided to the United States by the defendant during this case and which the defendant has identified as being produced pursuant to the protective order. The Order applies to the defendant's medical records.

b.      **Rules for the Handling of Materials Produced Pursuant to this Order.**  Materials subject to this Order are subject to the following conditions and restrictions:

1.  that the materials provided shall not be copied, reproduced, or otherwise disseminated to third parties, with the exception of the United States Marshals or other federal agency responsible for the

defendant's medical care, or used for any other purpose or in connection with any other proceedings.

2.  that the materials and their contents shall not be included in whole or in part in unsealed, public filings with the court.

3.  that the materials and their contents shall not be included within public statements or press releases.

**SO ORDERED** this __23rd__ day of ___April___, 2026.

_____

HONORABLE ANDREA JOHNSTONE
UNITED STATES MAGISTRATE JUDGE