AO 442 (Rev. 11/11) Arrest Warrant

**RECEIVED**

**FEB 25 2026**

**U.S. MARSHALS SERVICE**

# UNITED STATES DISTRICT COURT
### for the
District of New Hampshire

| | |
|---|---|
| United States of America<br>v.<br><br>**BLU ZEKE DALY**<br>a/k/a<br>**CULLAN ZEKE DALY**<br><br>_____<br>*Defendant* | )<br>)<br>)  Case No.   1:26-mj- 41-01-AJ<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Blu Zeke Daly a/k/a Cullan Zeke Daly                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

Count 1: 18 U.S.C. § 1114(a)(3) - Attempted Murder of a Federal Officer
Count 2: 18 U.S.C. § 111(a) & (b) - Assaulting a Federal Officer with a Dangerous Weapon

Date:   February 24, 2026

*Issuing officer's signature*
**Andrea K. Johnstone**
**U.S. Magistrate Judge**
*Printed name and title*

City and state:   Concord, New Hampshire

---

| **Return** | |
|---|---|
| This warrant was received on *(date)* 2-25-26 , and the person was arrested on *(date)* 2-24-26 at *(city and state)* Lebanon NH . | |
| Date: 4-24-26 | *Arresting officer's signature*<br><br>M. H Dusir<br>*Printed name and title* |

**FILED USDC -NH 2026 APR 27 AM10:50**